UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| **LARRY LITTLE,**<br>     Plaintiff,<br><br>V.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security,**<br>     Defendant. | **CIVIL ACTION NO. 7:14-177-KKC**<br><br><br>**JUDGMENT** |

\* \* \* \* \* \* \*

In accordance with the opinion and order entered on this date, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1) judgment is entered in favor of the Plaintiff;

2) the decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and this matter is **REMANDED** to the Commissioner;

3) this matter is **DISMISSED** and **STRICKEN** from the Court's active docket; and

4) this judgment is **FINAL** and **APPEALABLE**.

Dated March 3, 2016.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY